IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JAIME L. COVARRUBIAS, a married person, | ) ) ) | NO. CV-09-3082-LRS |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| UNITED STATES OF AMERICA; BEN E. THIEL and JANE DOE THIEL, husband and wife; JT CUSTOM HOMES, LLC, a limited liability corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER, having come before the Court upon Plaintiff and Defendant United States of America's stipulation to dismiss with prejudice and without costs, it is hereby:

ORDERED that all claims against Defendant United State of America by all parties in this case be dismissed and with prejudice and without costs to any party.

DATED this 11th day of February, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER OF DISMISSAL **-** 1